UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 3:05-CR-50 |
| ) | (JORDAN/GUYTON) |
| ARNOLD SCHMID and ) | |
| KATHLEEN SCHMID, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The following motions are before this Court: the Government's Motion for Discovery [Doc. 152], Defendants' Joint Motion for Release of Brady Materials Number 1 [Doc. 155], Defendants' Joint Motion for Release of Brady Materials Number 3 [Doc. 157], Defendants' Joint Motion to Compel Exculpatory Brady Materials [Doc. 165], and Defendants' Joint Motion to Dismiss Counts 2 and 3 of Indictment as to Both Defendants [Doc. 170].

On February 26, 2007, Defendants entered plea agreements [Doc. 178] as to all charges in the indictment in this matter. Accordingly, the following motions are **DENIED as moot**:

- The Government's Motion for Discovery [Doc. 152];

- Defendants' Joint Motion for Release of Brady Materials Number 1 [Doc. 155];

- Defendants' Joint Motion for Release of Brady Materials Number 3 [Doc. 157];

- Defendants' Joint Motion to Compel Exculpatory Brady Materials [Doc. 165]; and

- Defendants' Joint Motion to Dismiss Counts 2 and 3 of Indictment as to Both Defendants [Doc. 170].

**IT IS SO ORDERED.**

                    **ENTER:**

                    s/ H. Bruce Guyton
                    United States Magistrate Judge